WILLIAM E. BURKE, Respondent, *v.* THE CONTINENTAL INSURANCE COMPANY OF THE CITY OF NEW YORK, Appellant.

*Burke* v. *Continental Ins. Co. of N. Y.*, 139 App. Div. 927, affirmed.
(Argued November 3, 1911; decided December 12, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 6, 1910, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover on a policy of fire insurance.

*Ralph S. Kent* and *Clarence M. Bushnell* for appellant.

*Moses Shire* and *Vernon Cole* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and COLLIN, JJ.